PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>GREGORY NEIL DAVIS,<br><br>　　　　　　　　Defendant. | Case No.  1:20-cr-00012-DAD<br><br>**STIPULATION TO CONTINUE JUNE 10, 2022 STATUS CONFERENCE TO JUNE 17, 2022; ORDER** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, United States Attorney, Philip A. Talbert and Assistant United States Attorney, Brian W. Enos, and defendant Gregory Neil Davis ("defendant"), by and through defendant's counsel of record, Roberto R. Dulce, Esq., hereby stipulate as follows:

1.　By previous order, this matter was set for status on June 10, 2022.

2.　By this stipulation, the parties stipulate to continue the status conference until June 17, 2022.

3.　The parties base this stipulation on good cause, and request that the Court endorse it by way of formal order.  Specifically:

　　a)　The United States Probation Office's supervision of defendant was transferred from the District of North Dakota to the Eastern District of California in January 2020.  Dkt. 1 and 2.  A Rule 12C petition was filed in this District on February 4, 2022.  Dkt. 4.  Defendant's

initial appearance took place on May 20, 2022 (Dkt. 8) and detention hearing took place on May 26, 2022.  Dkt. 9.

      b)      At the conclusion of the detention hearing, the court set a status conference for June 10, 2022.  Dkt. 9.  On June 1, 2022, the court issued a minute order wherein it ordered the parties to meet and confer about the case and file, by Wednesday, June 8, 2022, either a (1) stipulation to continue the June 10 status conference, or (2) joint report addressing what could be accomplished at the same.  Dkt. 11.  On June 3, 2022, defendant's representation was transferred to attorney Roberto R. Dulce.  Dk.t 12.

      c)      The parties have since met and conferred about the case.  Pursuant to the same, they ask that this matter be continued to Friday, June 17, 2022.  Defense counsel has not yet been able to consult with his client, to review the current charges, to discuss these charges with defendant's U.S. Probation Officer, to conduct investigation and research related to the charges, to review discovery regarding this matter, and to discuss potential resolutions with his client.

IT IS SO STIPULATED.

Dated:  June 7, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Brian W. Enos
Brian W. Enos
Assistant United States Attorney

*(As authorized 6/7/22)*

Dated:  June 7, 2022

/s/ Roberto R. Dulce
Roberto R. Dulce
Counsel for Defendant
Gregory Neil Davis

STIPULATION AND ORDER

2

**ORDER**

Pursuant to the parties' stipulation, the status conference in this matter is continued until Friday, June 17, 2022 before the duty magistrate judge.

IT IS SO ORDERED.

Dated:   **June 7, 2022**                              /s/ *Erica P. Grosjean*
                                                                  UNITED STATES MAGISTRATE JUDGE