PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>     v.<br><br>GREGORY NEIL DAVIS,<br><br>                           Defendant. | Case No.  1:20-cr-00012-DAD<br><br>**STIPULATION TO CONTINUE JUNE 17, 2022 STATUS CONFERENCE TO AUGUST 12, 2022; ORDER THEREON** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, United States Attorney, Philip A. Talbert and Assistant United States Attorney, Brian W. Enos, and defendant Gregory Neil Davis ("defendant"), by and through defendant's counsel of record, Roberto R. Dulce, Esq., hereby stipulate as follows:

1. By previous order, this matter was set for status conference at 2pm on Friday, June 17, 2022 (2pm) in Courtroom 10.

2. By this stipulation, the parties stipulate to continue the status conference until 2pm on Friday, August 12, 2022, likewise in Courtroom 10.

3. The parties base this stipulation on good cause, and request that the Court endorse it by way of formal order.  Specifically:

   a) The United States Probation Office's supervision of defendant was transferred

from the District of North Dakota to the Eastern District of California in January 2020.  Dkt. 1 and 2.  A Rule 12C petition was filed in this District on February 4, 2022.  Dkt. 4.  Defendant's initial appearance took place on May 20, 2022 (Dkt. 8) and detention hearing took place on May 26, 2022.  Dkt. 9.

      b)     At the conclusion of the detention hearing, the court set a status conference for June 10, 2022.  Dkt. 9.  In light of the fact that new defense counsel was assigned to the case on June 3, 2022, the parties stipulated to continue the status conference to June 17, 2022, which the court endorsed by way of formal order.  Dkts. 14 and 15.

      c)     On June 9, 2022, the court issued a minute order wherein it ordered the parties to meet and confer about the case and file, by Wednesday, June 15, 2022, either a (1) stipulation to continue the June 17 status conference, or (2) joint report addressing what could be accomplished at the same.  Dkt. 16.

      d)     The parties have since met and conferred about the case.  Pursuant to the same, they ask that this matter be continued to Friday, August 12, 2022.  While defense counsel was able to obtain some of the case's discovery from U.S. Probation, a compact disk containing body camera footage was blank and needs to be re-delivered.  U.S. Probation Officer Alejandro is out of the office until June 16, so the parties expect that this discovery cannot be delivered until next week.

      e)     Defense counsel was also able to communicate with defendant at the Lerdo detention facility.  Pursuant to this discussion, defense counsel also needs to further communicate with Officer Alejandro after his return to discuss potential case resolution issues.  Until those communications take place, the defense is unable to determine if a resolution can be obtained in this case prior to a contested hearing.

      f)     After discussing respective calendars (defense counsel is set for trial regarding a state matter from July 5 – August 1, 2022), the parties determined that they are both able to appear at a continued status conference by August 12, 2022.  By that time, all parties will have been able to analyze all discovery and discuss the extent a potential pre-hearing resolution can be reached.  As with the June 17, 2022 duty calendar, the August 12, 2022 duty calendar is likewise

set to take place in Courtroom 10.

IT IS SO STIPULATED.

Dated:  June 14, 2022                                         PHILLIP A. TALBERT
                                                              United States Attorney

                                                              /s/ Brian W. Enos
                                                              Brian W. Enos
                                                              Assistant United States Attorney

                                                              *(As authorized 6/14/22)*

Dated:  June 14, 2022                                         /s/ Roberto R. Dulce
                                                              Roberto R. Dulce
                                                              Counsel for Defendant
                                                              Gregory Neil Davis

**ORDER**

Pursuant to the parties' stipulation, the Court will continue the status conference until 2pm on Friday, August 12, 2022, in Courtroom 10.

IT IS SO ORDERED.

Dated:   **June 14, 2022**                                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER                  3